UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x  Civil Action No.: CV-04-3067 (ERK)(ACS)

UNITED STATES OF AMERICA, §
 §
           Plaintiff, §
 - against- §
 §
ROSALIE D. MENDEZ, §
aka ROSALIE DIAZ §
           Defendant. §
------------------------------------------------------x

[Filed stamp: U.S. DISTRICT COURT E.D.N.Y. ★ AUG - 4 2005 ★ BROOKLYN OFFICE]

## DEFAULT JUDGMENT

Because Rosalie D. Mendez failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Rosalie D. Mendez:

**Claim No. C-89188W:**

| | |
|---|---|
| **Principal Balance:** | **$1,521.51** |
| **Total Interest Accrued** | **$1,899.39** |
| **Filing and Service of Process:** | **$180.00** |
| **Subtotal:** | **$3,600.90** |

**Claim No. C-89189W**

| | |
|---|---|
| **Principal Balance:** | **$2,515.33** |
| **Total Interest Accrued at 9.130%:** | **$3,689.32** |
| **Subtotal:** | **$6,204.65** |
| **Attorney's Fees:** | $1,575.00 [handwritten] |
| **Total Owed:** | $7,779.65 [handwritten] / 11,380.55 [handwritten] |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
       7/27, 2005

s/Edward R. Korman
Edward R. Korman
United States District Judge